UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURICIO GUZMAN-GUZMAN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JEREMY CASEY, Facility Administrator, Imperial Regional Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-cv-0221-GPC-JLB<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; SETTING A BRIEFING SCHEDULE; SETTING A HEARING DATE**<br><br>[ECF No. 1] |

1

On January 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondents are hereby ordered to show cause why the Petition should not be granted by filing a written response no later than January 20, 2026. Petitioner may file a traverse no later than January 23, 2026. The Court sets an Order to Show Cause Hearing for Friday, January 30, 2026, at 1:30 PM in Courtroom 12A.

**IT IS SO ORDERED.**

Dated: January 15, 2026

Hon. Gonzalo P. Curiel
United States District Judge